### STATE v. MOSE COX.

(Filed 28 February, 1940.)

**1. Criminal Law § 81c—**

Where a general verdict of guilty is returned against a defendant prosecuted upon an indictment containing two counts of equal gravity, any error in the judge's charge upon one of the counts is harmless, there being no exceptions to the instructions on the other count.

**2. Criminal Law § 79—**

An exception not brought forward and referred to in appellant's brief is deemed abandoned, Rule 28.

APPEAL by defendant from *Cowper, Special Judge,* at November Term, 1939, of BEAUFORT. No error.

The defendant was charged with unlawful possession of intoxicating liquor for the purpose of sale, and there was a second count in the warrant charging him with unlawful sale of intoxicating liquor. From judgment predicated upon a general verdict of guilty, the defendant appealed.

*Attorney-General McMullan and Assistant Attorneys-General Bruton and Patton for the State.*
*LeRoy Scott and S. M. Blount for defendant.*

DEVIN, J. The only exception referred to in defendant's brief relates to the judge's charge on the first count in the warrant. However, as there was a general verdict of guilty, and there was no exception to the judge's instructions to the jury on the second count which charged sale of intoxicating liquor, any error in the trial judge's statement of the law as to unlawful possession would become harmless. *S. v. Holder,* 133 N. C., 709, 45 S. E., 862; *S. v. Coleman,* 178 N. C., 757, 101 S. E., 261; *S. v. Jarrett,* 189 N. C., 516, 127 S. E., 590. There was no motion for judgment of nonsuit. The appellant did not include in his case on appeal the evidence adduced in the trial, but the statement of the evidence contained in the judge's charge which was sent up, and to which no exception was taken, shows sufficient evidence to support the verdict. The other exception noted by the defendant during the trial was not referred to in his brief, and therefore is deemed abandoned. Rule 28; *S. v. Lea,* 203 N. C., 13, 164 S. E., 737; *In re Beard,* 202 N. C., 661, 163 S. E., 748.

In the trial we find

No error.